# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>LIVIER BERENICE VALENZUELA-VELASCO,<br><br>                 Defendant. | Case No. 2:15-cr-00352-APG-PAL<br><br>**ORDER DENYING MOTION TO REDUCE SENTENCE**<br><br>[ECF No. 104] |

Defendant Livier Berenice Valenzuela-Velasco moves for an order reducing her sentence under the First Step Act. ECF No. 104. She does not point to a specific provision of that act that would justify early release. Nor does she cite to a provision of 18 U.S.C. § 3582(c) that would allow me to modify her sentence. Thus, I do not have the authority to grant her motion for a reduction of her sentence.

I THEREFORE ORDER that defendant Livier Berenice Valenzuela-Velasco's motion to reduce her sentence **(ECF No. 104) is DENIED**.

Dated: February 11, 2020.

                                                                                        _____
                                                                                        ANDREW P. GORDON
                                                                                        UNITED STATES DISTRICT JUDGE